GEORGE T. ABDON *v.* CHARLES C. WALLACE ET AL.
[No. 13,167.]

JAMES I. ALLEY *v.* CHARLES T. WALLACE ET AL.
[No. 13,168.]

JAMES E. MAGENNIS *v.* CHARLES T. WALLACE ET AL.
[No. 13,169.]

ALEXANDER E. MARTIN *v.* CHARLES T. WALLACE
ET AL.
[No. 13,170.]

WILLIAM ROTHER *v.* CHARLES T. WALLACE ET AL.
[No. 13,171.]

JOHN H. RYAN *v.* CHARLES T. WALLACE ET AL.
[No. 13,172.]

GEORGE A. TAYLOR *v.* CHARLES T. WALLACE ET AL.
[No. 13,173.]

[Filed February 15, 1929. Rehearing denied June 26, 1929. Transfer denied February 1, 1933.]

*Miller, Dailey & Thompson, Albert L. Rabb, Thomas Stevenson, Perry E. O'Neal* and *Sidney S. Miller,* for the several appellants.
*Remster, Hornbrook & Smith, Paul Y. Davis* and *Kurt F. Pantzer,* for appellees.

NICHOLS, J.—Reversed on authority of *Alfred J. Abdon* v. *Charles C. Wallace et al., ante* 604, 165 N. E. 68. (Decided at this term.)